**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANN MCCARTY,

     Plaintiff,

-vs-                                              Case No.  8:06-cv-1378-T-24EAJ

LAKE WALES CHARTER SCHOOLS,

     Defendant.
_____/

**O R D E R**

Because this case involves questions of law or fact common to those in *Wiltshire v. Lake Wales Charter Schools*, Case No. 8:06-cv-1377-T-30TGW, previously pending before the Honorable James S. Moody, Jr., this cause is hereby **TRANSFERRED** to Judge Moody, with his consent, for all further proceedings pursuant to Local Rule 1.04(b), M.D. Fla.

**DONE AND ORDERED** at Tampa, Florida, this 30th day of August, 2006.

                                                  SUSAN C. BUCKLEW
                                                United States District Judge

Copies furnished to:
The Honorable James S. Moody, Jr.
Counsel of Record
Courtroom Deputy