**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ANN MCCARTY,**

    **Plaintiff,**

**v.**                                                 Case No.  8:06-cv-1378-T-JSM-EAJ

**LAKE WALES CHARTER SCHOOLS,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss and Supporting Memorandum of Law (Dkt. # 18), and Plaintiff's Memorandum in Opposition to Motion to Dismiss Amended Complaint (Dkt. #19).  The Court, having considered the motion, response, memoranda, amended complaint, and being otherwise advised in the premises, finds that Defendant's motion should be granted in part and denied in part for the reasons stated in this Court's Order (Dkt. #18) entered on January 11, 2007, in the matter of *Andrea Spychalsky v. Lake Wales Charter Schools*, Case No. 8:06-cv-1379-T-30MSS.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion to Dismiss and Supporting Memorandum of Law (Dkt. # 18) is **GRANTED IN PART AND DENIED IN PART** as stated herein.

2. Plaintiff has **twenty (20) days** from the date of this Order in which to file a Second Amended Complaint amending Count I if she wishes.  If a Second

Amended Complaint is filed, it shall restate the counts that have survived dismissal so that all counts appear in the newly amended complaint.

**DONE** and **ORDERED** in Tampa, Florida on January 17, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2006\06-cv-1378.mtd 18.wpd